LAW OFFICES OF TIMOTHY G. HISKEY, LLC
12 North Main Street, P.O. Box 157
Allentown, New Jersey 08501
(609) 259-7944
Attorneys for Defendants and Cross-claimants
Michael Shabsels, David Shabsels and
Monroe Camp Landco, LLC

| | |
|---|---|
| **In the Matter of:**<br><br>**Eagle River Day Camp, LLC,**<br>**1470 Perrineville Road Associates, LLC**<br>**and Barry Wasserman,**<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Case No. 10-23985-RTL<br><br>CHAPTER 11<br><br>**NOTICE OF MOTION TO INTERVENE** |

TO:  U.S. Bankruptcy Court
     Clarkson S. Fisher U.S. Courthouse
     402 East State Street
     Trenton, New Jersey 08608

**PLEASE TAKE NOTICE** that on Tuesday, August 6, 2013 at 9:00 in the forenoon or as soon thereafter as counsel may be heard, the undersigned attorney for Michael Shabsels, David Shabsels and Monroe Camp Landco, LLC will move before the Honorable Raymond T. Lyons, Jr., U.S.B.J. at the United States Bankruptcy Court, located at 402 East State Street, Trenton, New Jersey, for an order permitting the intervention of the movants in an adversary proceeding involving the Debtors in the above-captioned bankruptcy and The Dime Bank.

**PLEASE TAKE FURTHER NOTICE** that the Movants request oral argument. Pursuant to Local

Bankruptcy Rule 9013-1(a), this motion shall be deemed uncontested unless responsive papers are timely filed, unless otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion counsel will rely upon the enclosed certification, exhibit and letter brief in support of this motion.

                                      LAW OFFICES OF TIMOTHY G. HISKEY, LLC
                                      Attorneys for Debtor

                                      /s/ *Timothy G. Hiskey*
Dated: July 5, 2013                       Timothy G. Hiskey